IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WILLIAM EL-AMIN                                                              PLAINTIFF

v.                          CASE NO. 5:19-CV-00020 BSM

CITY OF EUDORA                                                              DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of January 2020.

_____
UNITED STATES DISTRICT JUDGE